IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEVIN GOLDSMITH,

    Petitioner,               No. CIV S-07-1859 GEB EFB P

    vs.

D.K. SISTO, Warden,

    Respondent.           ORDER

_____/

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner is proceeding with an application for a writ of habeas corpus in another case.[1] It appears that documents the petitioner filed that were used to open the instant action were intended to be filed, instead, with petitioner's previously filed case. Accordingly, this case was opened by mistake.

Good cause appearing, it is ORDERED that the Clerk of the Court is directed to refile the petition, declarations, and exhibits filed in this action in petitioner's previously filed action and close this case.

Dated: September 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] See Case No. S-07-0970 WBS DAD P.