IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES K. GOLDSMITH,

    Petitioner,                    No. CIV S-07-0970 WBS DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.              <u>ORDER</u>

_____/

        On August 2, 2007, this court denied petitioner's motions for stay and abeyance and granted him leave to file a renewed motion within thirty days. On September 10, 2007, petitioner filed a notice with the court alleging that he no longer wishes to pursue a motion for stay and abeyance because he has since exhausted all of his claims. Petitioner also filed an amended petition reflecting the alleged exhaustion.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's September 10, 2007 amended habeas petition.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's September 10, 2007 amended habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of the petitioner's September 10, 2007 amended habeas petition on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: October 2, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gold0970.100