IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES K. GOLDSMITH,** | CIV S-07-0970 WBS DAD P |
| Petitioner, | **ORDER** |
| **v.** | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file a response to petitioner's amended petition for writ of habeas corpus.  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT respondent's response to petitioner's amended petition for writ of habeas corpus be filed on or before December 2, 2007.

DATED: November 2, 2007.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/gold0970.111