IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES K. GOLDSMITH,** | CIV S-07-0970 WBS DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent has requested a second enlargement of time to file an answer to petitioner's amended petition. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT respondent's answer to petitioner's amended petition for writ of habeas corpus be filed on or before December 17, 2007.

DATED: November 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/gold0970.111(2)